Loren Rancourt
Name
5432 E Northern Lights #405
Mailing address
anchorage ak 99508
City, State, Zip
907-268-7670
Telephone



RECEIVED

OCT 15 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Loren Rancourt
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Michael Shaffer

Hon. Gregory Miller

Hon. Pamela Washington
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)
Hon. Joel Bolger

Ryan Montgomery Defendant(s).
Heather Fuentez

Case No. 3:21-CV-00189-JMK
(To be supplied by Court)

**FIRST AMENDED
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

18 USC§242, 42 USC §1040(a)(2), 42 USC §1985, 42 USC §1981
42 USC §1986, 18 USC §1962

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Loren Rancourt
(print your name)

who presently resides at 5432 E. Northern Lights #405, anchorage, ak,
(mailing address)

were violated by the actions of the individual(s) named below.

2. __Defendants__ (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Michael Shaffer_____ is a citizen of _Alaska_____, and is employed as a _Municipal Prosecutor_____.
　　　　　　(state)　　　　　　　　　　　　　(defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Gregory Miller (honorable)_____ is a citizen of _Alaska_____, and is employed as a _Superior Court Justice_____.
　　　　　　(state)　　　　　　　　　　　　　(defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Joel Bolger (honorable)_____ is a citizen of _Alaska_____, and is employed as a _Supreme Court Justice_____.
　　　　　　(state)　　　　　　　　　　　　　(defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:21-cv-00189-SLG　　Document 9　　Filed 10/15/21　　Page 2 of 31

2. <u>**Defendants**</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Ryan Montgomery_____ is a citizen of
(name)
_Alaska_____, and is employed as a _Chief Deputy Clerk, Court of appeals_
(state)                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Pamela Washington (honorable)_____ is a citizen of
(name)
_Alask_____, and is employed as a _Superior Court Justice_
(state)                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Heather Fuentez_____ is a citizen of
(name)
_Alaska_____, and is employed as a _Chief Deputy Clerk_
(state)                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about _November 30, 2018_____, my civil right to
~~Freedom to associate~~ Right to life, liberty & security of persons
(Date)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)
was violated by _Michael Schaffer_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

1. Defendant Schaffer accused me of ensuring a 3 year old child's safety after a 7.1 earthquake, in alleged violation of a civil protective order [AMC 8.30.105(A)(1)].

2. Defendant Schaffer's agency (MOA) admitted the disaster was "of such severity and magnitude that effective response is beyond the capabilities of the state and the affected local governments", in a plea to the President of the United States, for federal assistance under 42 USC 5170(a).

3. Defendant Schaffer concealed this admittal, plainly showing children were in imminent danger.

4. Defendant Schaffer "schemed" to prevent a parent, with a legal duty to protect a child, from ensuring a child's physical and emotional safety, when the government was unable to: (18 USC §1040(a)(2)).

5. Defendant Schaffer's agency collected money for the disaster under 42 USC 5170. Defendant Schaffer also seeks fines under AMC 8.30.105 (A)(1).

6. Defendant Schaffer "covered up the fact" that Plaintiff has an obligation to protect a child reasonably believed to be in imminent danger (under A.S 11.81.900(42) and A.S. 47.17.290(10)(12)(8), A.S. 25.20.030) while on a civil order for supervised visits during a custody proceeding (Declared in 5-1777, Rancourt v. Vale, "parental rights have not been terminated").

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

7. Defendant schaffer's agency schemes to conceal a parents right to protect children, in not providing an emergency exception to a.m.c 8.30.105 (A)(1), while parents are obligated to violate an order for a supervised visitation, in times of imminent danger [under threat of jail & fines (a.s 11.81.900(42), a.s. 47.17.290(10)(12)(8), a.s 25.20.030)], a.m.c 8.10.040(B)(3)

8. Plaintiffs right to associate freely with a child, during a time of imminent danger (declared by the state) was violated.

9. Plaintiff suffers from job loss, parental alienation, emotional suffering, defamation, costs to defend, missed job opportunities, lost education opportunities, lost housing options, accrued child support debt, & additional charges connected to the case.

**Claim 2:** On or about ___December 3, 2019_____, my civil right to

*(Date)*

___Due Process_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Defendant Michael Schaffer_____

*(Name of the specific Defendant who violated this right)*

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

1. Plaintiff sought remedy in the court of appeals, at public expense (out of necessity) Plaintiff was declared indigent, in criminal hearings, and not required to submit a financial search for a fee waiver (in the court of appeals).

2. Defendant Montgomery none the less forced a search of plaintiffs finances, in violation of appellate Rule 209(B), and forced Plaintiff to send protected papers to Defendant Shaffer.

3. Defendant Shashaffer conspired with Montgomery, to prevent Plaintiff from access to court. Defendant Schaffer filed Muni perjury charges (AMC 8.30.080(A)(6) based on documents known to be "fruit of a poisonous tree", to prevent further appellate filings.

4. Defendant Schaffer based the charges on information he knew to be false.

5. Subsequently, plaintiff made disclosures, without an attorney, facing criminal punishment. Plaintiff was declared incompetent from those disclosures, and ordered to retain counsel. Which prevented plaintiff from access to state District Court & Appellate Court (missed appeal deadline). Plaintiffs trustworthy reputation has been harmed, effecting jobs, careers, & housing ~~befor~~ Plaintiff was arrested & $300 seized.

Claim 3: On or about ___12/3/2019_____, my civil right to
___Life___
(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___Defendant Michael Shaffer_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. On or about 8/19/19, Defendant Shaffer's agency issued an air quality health advisory based on EPA standards. There was a concurrent State of Emergency declaration, from the President of the United States, for wide-spread forest fires. The State court issued a stay home advisory.

2. Defendant Schaffer filed failure to appear charges, based on Plaintiff heading a stay home advisory on a day Pretrial hearings were held.

3. Plaintiffs right to protect his life, from harmful air contaminants (a.mc. 15.30.020) was violated.

4. Defendant Schaffer has schemed to collect fines under AMC 8.30.090(a), Withholding a right of citizens to protect thier lungs, & life, under a statute containing no emergency exception, or equal protection to air quality alerts.

Claim 4

~~Claim 3.~~ On or about __1/22/2019_____, my civil right to
(Date)

__Criminal Process (USCA VI)__

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment. etc. List only one violation.)

was violated by __Defendant Miller__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Gregory Miller found "a history of domestic violence" without: notice of the crimes alleged, appointed counsel, ability to call witnesses, a jury or time to read discovery (a.s. 25.24.150 (G)(H) or any actual convictions. (no "preponderance" standard).

2. Defendant Miller ordered criminal punishment based on accusations in civil court, including: $1800 class for batterers, lasting 9 months, as the only way to regain a right to freely associate with a siezed child. During those nine months, full child support is to be paid, with weekly detainment.

3. Judge Miller found a crime, based on a pending criminal trial, was committed. Coercing plaintiff to testify without: counsel, notice or witnesses. The testimony would have been used to seek double criminal punishments in a concurrent criminal case.

4. Subsequently, plaintiff did not attend trial. Plaintiff's right to be heard in ~~crimal~~ the appropriate venue for the punishments has been violated. Plaintiff suffers from emotional harm in prolonged alienation of his association with a child he raised. Plaintiff still cannot afford the cost to return a siezed child. The State of Alaska recieves grants for this class & only offer it to prisoners convicted in criminal court.

5. Plaintiff is forced to pay $80/hr. to see a child.

Claim 5

~~Claim 3~~: On or about __1/22/2019_____, my civil right to
__Freedom from Cruel and Unusual Punishments__
(Date)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by __Defendant Gregory Miller_____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Plaintiff raised a child full-time for over two years. The child was removed until the completion of a class.
2. Defendant Miller upheld the removal based on a provable lie; an alleged telephonic threat. Years old allegations of wall damage, throwing away furniture (claimed as D.V.) and harassment (most all before a child was born) was also used.
3. Defendant Miller, under 25.24.150(G)(H) ordered the child be removed for at least 9 months, until $1800 was paid & Batterers intervention completed. During that time, child support is imputed at a rate not attainable. Accruing a debt so severe it will take years of indentured servitude to recover.
4. For Plaintiff to see the kidnapped child, he would have to pay $80 an hour for supervised visitation, at a two hour minimum (more than a days wage).
5. Subsequently, freedom to associate with a minor child was revoked until a minimum of 9 months (years with covid trial set backs), provided excessive fines could be afforded. Plaintiff is forced to fore-go associating with a child, at $80/hr, to save for the fine. Plaintiffs privacy is invaded with sight and sound monitoring.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

6. Plaintiff was prevented from protecting a child from child abuse or neglect, with a reasonable suspicion one or both of the crimes had occurred, or are occurring at the home a child was placed at.

7. Plaintiff has been prevented or deterred from protecting a child in imminent danger during times of disaster and neglect.

8. Plaintiff has been deterred from hiring a lawyer, with no money to afford one. Noting supervised visitation is most often imposed preceding custody hearings. Preventing litigants in poverty from accessing court in a meaningful manner.

9. The time requirements for supervised visitation and weekly "batterers" classes prevents legal research + pro se defense in custody hearings. Hearings which impose substantial debt, loss of parental rights, indentured servitude, loss of licenses needed for interstate commerce, imprisonment for failure to pay support, loss of licenses needed to pursue happiness in trade / profession.

10. Plaintiff suffers emotionally from witnessing traumatic effects of parental alienation in a minor child (infant to toddler).

Claim 6
~~Claim 3~~: On or about __4/5/2018__ , my civil right to
(Date)
__Due Process__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment. etc. List only one violation.)

was violated by __Defendant Gregory Miller__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Miller denied equal rights to paternity establishment (25.20.050(e)).

2. Defendant Miller was made aware of his duty to establish parentage by official means, or in the least a hearing with declaration by court order, None the less, Defendant Miller ordered child support with contested paternity, and proceeded to a custody case. Acting intentionally.

3. Subsequently, Plaintiffs right to make an informed decision on hiring counsel, and spending thousands in trial, was violated.

4. Defendant Miller was aware the state has a procedure for paternity under 42 USC 654(4)(a), and collects incentives conditioned on paternity establishment (42 USC 658a 4(a)).

5. Defendant Miller made a paternity declaration without any notice to Plaintiff. Using an unsanctioned bottom shelf, store bought Kit, Which states on the box it is not for court use, sat out for weeks opened had potential to be tampered with, and was presented as hearsay in a trial with Plaintiff absent.

Claim 7

~~Claim 3:~~ On or about ___July 24, 2020___, my civil right to
(Date)

___Due Process___

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___Defendant Joel Boelger___

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Joel Boelger voided an entire record of preserved legal arguments with no authority to do so.

2. Subsequently plaintiff was not heard in a DVPO hearing satisfying all elements of fraudulent concealment. Where: evidence was suppressed until after a reconsideration motion.

3. Defendant Boelger has conspired to aid fraudulent concealment.

4. Plaintiff was not heard in trials refusing to establish jurisdiction (before hearings). Plaintiff was ordered to pay legal fees of approximately $3500 to an attorney who committed fraudulent concealment. Plaintiff suffers from alienation from a siezed minor. Has accrued a debt so severe it will take years to crawl out from (over $35,000). Is facing jail from the debt, as well a from allegedly violating a void D.V.P.O. (lacking juris for criminal punishment and denial of due process).

5. Plaintiff suffers from spending time off work to make legal arguments. Walking to the legal library daily, in winter with a load, to be heard. Foregoing a class needed to regain a seized child. Living in

poverty, often in a truck, to be heard. Losing parental rights in care, custody and control of a minor because he was not heard in any state hearing, motion or appeal.

6. Defendant Boelger conspired with Defendant Miller to force litigants in criminal hearings to testify in civil hearings:
- on the allegations in criminal court.
- without an attorney
- seeking punishment (twice) on the same allegation.

Whereby when litigants don't show to trial. for the above mentioned mockery to justice, an entire record of preserved legal arguments is voided (containing years of work and thousands of pages).

Claim 8

~~Claim 3:~~ On or about ~~4/5/2018~~ ᵇ¹ 1/22/2019 , my civil right to

(Date)

Due Process

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Defendant Gregory Miller

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Gregory Miller held a custody hearing, with allegations of crimes, and no notice of what claims are actually against Plaintiff.

2. Defendant Miller intentionally did not have an evidentiary hearing, or answer what crimes need to be disproved.

3. Having no notice of allegations against him, from years ago, Plaintiff was forced to guess. He was given hundreds of pages of discovery just three days before trial. Had no opportunity to call witnesses in his favor, let alone read all of discovery. There was equally no time to play prosecutor and become familiar with alaska criminal laws to find where a crime was possibly alleged.

4. One of the hidden/concealed allegations was from the same affirmative defense criminal trial still pending, whereby Plaintiff was not provided opportunity to present the same argument alleged by the state, for affirmative defense, in Disaster Declaration petitions signed by the President under 42 USC 5170(a).

5. Defendant Miller, through state custom, "schemed" to prevent affirmative defenses to collect state profit during natural disasters (18 USC 1040(a)(2)). Whereby ~~the~~ Defendant Miller denies equal rights to declared disasters "of such severity and magnitude that effective response is beyond the capabilities of the State and local governments" (42 USC 5170(a)).

6. Plaintiff suffers from not being heard for criminal allegations, in Superior & Supreme state courts. Plaintiff suffers monetary loss from: back ordered child support, future child support, legal fees, alleged damage restitution, lost wages for motion work, costs of supervised visitation, cost of "Batterers intervention classes" and other expenses in excess of $200,000.

7. Plaintiff suffers from emotional harm due to parental alienation.

Claim 9

~~Claim 3~~: On or about _1/22/2019_ , my civil right to

(Date)

_Due Process_

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by _Defendant Gregory Miller_

(Name of the specific defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Gregory Miller siezed a child without
a probable cause hearing, notice of a hearing, siezing
a child, or equal rights to A.S. 47.10.142 and
rights therein contained.

2. As a direct and proximate result, Plaintiff suffers
from parental alienation, costs he cannot afford
(over $35,000), defamation, invasion of privacy,
costs to defend, and substantial emotional trauma.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

Claim 10
~~Claim 3~~: On or about ___8/27/2018___, my civil right to
_(Date)_
_Life, Liberty & security of persons_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Defendant Washington___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Washington ordered a minor child to the sole care of Sharnel Vale. Plaintiff was prevented from ensuring physical & emotional well being of minor child.

2. Plaintiff, under counsel of a physician & 20 year foster parent veteran, had legitimate concerns of child neglect or abuse occuring in Sharnel Vale's home.

3. Defendant Washington had a duty to investigate concerns, presented with plain admittals (evidence), under A.S 11.81.900 (42), AS 47.17.290(10)(12)(8) PA.S. 25.20.030.

4. Plaintiffs only means to assess minor child's safety was through Defendant Washington.

5. Defendant Washington conspired with Defendant Fuentez & Miller to prevent Plaintiff presenting legitimate safety concerns of minor child to the court.

6. Plaintiff Washington plainly stated she will not look at evidence of child abuse or neglect. Which was brought to a hearing on 8/27/18.

7. Defendant Washington passed the duty on to Defendant Miller, without setting a hearing therewith for immediate investigation of imminent danger.

8. Subsequently, Plaintiff suffers emotional distress from minor child placed in imminent danger. Plaintiff spent months trying to be heard on the issue (nearly a year). Minor child was concealed from plaintiff for months at a time, with uninterrupted complete no contact with Plaintiff, suffering untold amount of injury.

Claim 11
~~Claim 3~~: On or about ___8/19/2019 & 10/17/19___, my civil right to
(Date)
___Due Process___

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___Defendant Ryan Montgomery___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. ~~Defendant~~ Montgomery returned appellate petitions with no authority to do so.

2. Defendant Montgomery demanded financial disclosures to Plaintiff in order to gain access to the Court of appeals.

3. Plaintiff was not required to file a financial fee waiver (appellate Rule 209(B)). Plaintiff was a criminal court defendant a duly declared indigent by Honorable Judge Franciosi of the District Court for Alaska.

4. By witholding a right to access court, Plaintiff was coerced into filing a fee waiver, in the Court of appeals, and serving the intrusive search to an adversarial party (Defendant Schaffer).

5. Subsequently, municipal perjury charges were filed on 12/3/19 (months later) from coerced affidavits/disclosures.

6. Plaintiff lost his right to be heard in Appellate & District Court for Alaska. He was declared incompetent & appointed incompetent counsel, based on the perjury charges. Plaintiff faces fines, jail, defamation, lost wages in trial, & emotional distress.

**Claim 12**

~~Claim 3~~: On or about ___8/27/18___, my civil right to
_____, my civil right to
___Due Process___ (Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List only one violation.)

was violated by ___Defendant Washington___

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.   State what
happened briefly and clearly, in your own words.   Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Washington removed a minor child from
plaintiffs care in a hearing without discovery
(fraudulent concealment). On 8/27/18, Defendant
Washington heard testimony from the attorney
concealing evidence, stating she "did not know"
she would still have to give evidence for
Plaintiff to be heard on reconsideration
motions (after trial).

2. Defendant Washington stated a transcript,
meticulously transcribed by Plaintiff & objections
therewith, is a sufficient amount of discovery
for a trial removing a child & imposing over
$10,000 in fines/fees.

3. Defendant Washington awarded the concealing
attorney $3000 in attorneys fees (approx.). &
denied a reconsideration motion (filed without
discovery).

4. Subsequently, Plaintiff was not heard at trial
& spent considerable time trying to be heard in
appeal (where the record was declared void). Plaintiff
was not allowed opportunity to respond to concealed
evidence & suffers loss of familial relationships
lost wages to defend, legal fees, class fees, cost of

supervised visitation, "restitution" awards
in a civil hearing, defamation for publication
of a crime involving moral terpitude,
& emotional distress.

Claim 13
~~Claim 3~~: On or about  5/9/18 - 8/27/18                    , my civil right to
                              (Date)
Due Process
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by Defendant Fuentez
                (Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Fuentez witheld Plaintiff petitions to
Defendant Washington. Having no valid cause to
do so, Fuentez witheld motions seeking a guardian ad
litem, evidence from a DVPO hearing (discovery), & recons-
ideration of the DVPO.

2. Defendant Fuentez, through her agents, witheld petitions
until Plaintiff was served a DVPO order, having
no cause to deny an entry of appearance based
on that logic.

3. Subsequently, when Plaintiff accepted service of
a DVPO order, a ten day time limit was enacted
for a 60b motion to set aside. Whereby Plaintiff
could not obtain evidence for a 60b (reconsider-
ation.

4. Plaintiff was forced to petition the alaska Bar
association to retrieve evidence, which still
did not happen before a 60b was filed (months
waiting). Plaintiff was then forced to file a
Federal Complaint, as the only option to get evidence.
Which was dismissed without opportunity to state a
claim.

5. Plaintiff was required to petition the court for
a supervisor (to see minor child) and his

petitions were sent back.

6. Fuentez then sent back petitions, submitted under a case number listed on courtview, as being under "the wrong case number", with no authority to do so.

7. An official, unaltered Supreme Court Notice of appeal was sent back for being under the duly assigned, and published, case number.

8. Plaintiff was forced to file an appeal to be heard with discovery. Which he still has never been heard with opportunity to respond to years old text messages (Painting a false set of allegations).

9. Plaintiff was completely cut off from minor child while defendant fuentez withheld proper petitions to a qualified Justice. Plaintiff suffers from emotional distress, loss in familial relations, deterred access to court, time off work, fines & fees from a case he has never been heard in, & continuing separation from child.

Claim 14

~~Claim 3:~~ On or about __1/22/2019_____, my civil right to
                          (Date)

__Freedom from Indentured Servitude__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by __Defendant Gregory Miller__
                    (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Gregory Miller ordered back child support, from
years of Plaintiff caring full-time for a child, be paid in
30 days. Approximately $8,000 was to be paid, with
6% accruing debt applied to the balance. (A.S. 25.27.020(a)(8))(AS 25.27.025
2. Child support was issued at a rate lost, per 7 AAC
10.930 (lost security clearance). Plaintiff could only find a
$14 an hour job as a "safety" monitor, pending prosecution.
3. Defendant Miller, under 25.24.150(G)(H) added fines not affor-
dable in conjunction with child support & arrearages:
- more than a days wage for 2 hours with siezed child ($160)
- $800 class
- time off work (requiring swing shift) to be in class.
4. Subsequently, Plaintiff is in crushing debt, facing loss
of interstate commerce licenses (D.L. & passport), prison
for debt, loss of familial relationships, termination of
parental rights for failure to pay
5. Defendant Miller acted intentionally, having an itemized
budget/expenses, denying a child support hearing, denying
opportunity to be heard (without self incriminating &
jurisdiction proven), provided state documents of job loss
& provided costs (hidden) of supervised visitation/classes.
Defendant Miller acted with intentional neglegence.

Claim 15
~~Claim 3~~: On or about __1/22/2019_____, my civil right to
__Freedom of Speech__
(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by __Defendant Miller_____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Miller found protected speech to be
"Domestic Violence", having no authority to find D.V.:
• without 6th amendment protections
• using a low evidenciary standard. (a.s. 25.24.150(6)(H))

2. Defendant Miller used: Dream descriptions, a statement
of leaving (to prevent harm), text messages condemning
infidelity + alienation of minor child, texts of future
haircuts, + going as far as declaring a 1 word response
to admittal of cheating as "Domestic Violence".

3. subsequently, Plaintiff suffers from loss of familial
relationship, crushing debt exceeding $35,000, defamation,
emotional suffering + ongoing burdens to regain any
parental right.

Claim 16
~~Claim 3~~. On or about __1/22/2019_____, my civil right to
_____(Date)_____
__Freedom from Unreasonable Siezures__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List only one violation.)

was violated by __Defendant Gregory Miller_____
_____(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Miller unreasonably siezed a child until the "Domestic Violence" intervention is paid and completed (9 month minimum).

2. Defendant Miller ordered a class, requiring an unreasonable siezure of $1800 for the return of a child.

3. Full child support amounts are unreasonably siezed during the class ($611/month).

4. As a direct and proximate result, Plaintiff cannot afford the cost to return a child to his care, custody, & control. Plaintiff suffers from accrued child support debt, loss in familial relations, emotional suffering, damaged credit, loss in interstate commerce & licenses therewith, & potential prison for unlawful debt.

5. Defendant Miller ordered an unreasonable fine for Plaintiff to see Minor Child, pending class completion, at $80 per hour.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

Claim 17

~~Claim 3:~~ On or about **1/22/19** _____, my civil right to
(Date)

**Freedom from Invasion of Privacy**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by **Defendant Gregory Miller**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Gregory Miller ordered every interaction
between Plaintiff & minor child be monitored, in person,
by a third party supervisor.
2. Defendant Miller did not have a compelling
State Interest in invading Plaintiff's home & privacy.
3. There are least restrictive alternatives, to protect
the only party claiming harm, which were not utilized.
4. As a direct and proximate result, Plaintiff's character
has been defamed. He is seen as untrustworthy by
the community & minor child. His right to privacy in
home & with minor child has been violated.

Claim 18

~~Claim 3.~~ On or about __8/19/2019 - 10/17/19__ , my civil right to
(Date)

__Security in papers / unreasonable search__

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List only one violation.)

was violated by __Ryan Montgomery__

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Ryan Montgomery, ordered a search of
Plaintiffs finances, before he could be heard in
The Court of Appeals, for the State of Alaska.
2. The search was expressly forbidden in appellate
Rule 209(B). Nonetheless Montgomery witheld a
right to access a court until a search was
conducted (for a financial fee waiver).
3. Subsequently, under threat of suppressed
appellate testimony, Plaintiff submitted a search
to his best belief at the time, without an attorney.
Plaintiff was forced to mail the search to an adver-
sary, Defendant Schaffer, to be heard.
4. As a direct & proximate result, Plaintiff suffers
from criminal prosecution for alleged perjury.
Defendant Schaffer seeks fines & imprisonment.
Plaintiff suffers from costs to defend &
defamation.

*Claim 19*
~~Claim 3~~: On or about ___1/22/2019___, my civil right to
(Date)

___Double Jeopardy___

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ___Defendant Gregory Miller___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Miller was aware Plaintiff was in criminal trials, had been imprisoned, & faced further criminal prosecution.

2. Defendant Miller sought testimony on a pending criminal court allegation, & issued criminal punishments based on his "guilty" conviction. Which included fines, mandatory weekly detainment, loss of care, custody & control of a minor, public condemnation with third party supervision, & probationary hearings for the return of parental rights.

3. As a direct & proximate result, Plaintiff faces the same criminal punishments, twice, through ongoing criminal hearings.

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): <u>Loren Rancourt</u>

Defendant(s): <u>Pamela Washington</u>

Name and location of court: <u>U.S. District Court at Anchorage Alaska</u>

Docket number: <u>3:18-CV-00180</u> Name of judge: <u>Ralph Beistline</u>

Approximate date case was filed: <u>Aug. 2, 2018</u> Date of final decision: <u>Oct. 25, 2018</u>

Disposition: <u>X</u> Dismissed _____ Appealed _____ Still pending

Issues Raised: <u>Initial DVPO civil rights violations, no facts listed</u>

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____


**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ <u>200,000</u>

2. Punitive damages in the amount of $ _5 million Dollars_

3. An order requiring defendant(s) to _cease prosecution (3AN-18-11635 CR), Void_ _Void 3AN-18-00830CI, 5-1777,_ _3AN-18-06027CI, cease removing children, under 25.24.150(6)(H),_

4. A declaration that _25.24.150(6)(H) violates rights (criminal punishments, Due process,_ _Indentured servitude, Life, Liberty, Happiness)_

5. Other: _Emergency exceptions needed for AMC 8.30.105, 8.30.090 (AMC),_ _A.S. 18.66.100, A.S. 11.56.740,_

Plaintiff demands a trial by jury. ___X___ Yes _____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Anchorage AK_ on _Oct. 14, 2021_
           (Location)                     (Date)

_Loren Bancourt_
(Plaintiff's Original Signature)

_____
Original Signature of Attorney (if any)         (Date)

_5432 E. Northern Lights_
_#405_
_Anchorage AK 99508_
Attorney's Address and Telephone Number