# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOREN RANCOURT,<br><br>       Plaintiff,<br>vs.<br>HON. CHIEF JUSTICE JOEL BOLGER, *et al.*,<br><br>       Defendants. | Case No. 3:21-cv-00189-JMK |

## ORDER RE: MOTION FOR LATE FILING (AMENDING COMPLAINT)

At Docket 17, Mr. Rancourt requests that Court accept a late filing so that he may add the Municipality of Anchorage (MOA) as a defendant. He includes a "First Amended Complaint" that alleges five new claims labeled Claims 20–24 against MOA.[1]

Rule 15(a) of the Federal Rules of Civil Procedure governs the process for amending pleadings. A plaintiff may amend a complaint within 21 days after service, with the opposing party's consent, or with a court's permission.[2] Additionally, the Local Civil Rule 15.1 governs this Court's practice for amending pleadings. "The proposed amended pleading must not incorporate by reference any prior pleading, including exhibits."[3] In this Court, an amended complaint

---

[1] Docket 17-1.

[2] Fed. R. Civ. P. 15(a).

[3] Local Civil Rule 15.1.

replaces the prior complaint in its entirety. Plainly, this means that a plaintiff cannot simply add on new claims or defendants by motion or declaration. In order to amend a complaint, a plaintiff must submit a new complaint with all the claims the plaintiff seeks to allege.

Mr. Rancourt requests the Court accept his late filing, but review shows that the functional result is to amend his complaint. Mr. Rancourt filed his motion within 21 days of service. While Mr. Rancourt's motion is procedurally imperfect, the Court finds that his intention to amend as a matter a course is proper.[4] However, Mr. Rancourt may not add either additional defendants or claims by motion. In accordance with the Local Civil Rule 15.1, he must file a new complaint with all of his claims.

**IT IS THEREFORE ORDERED:**

1. The Court **DENIES** Mr. Rancourt's Motion for Late Filing at Docket 17.
2. The Court **GRANTS** leave for Mr. Rancourt to file a Second Amended Complaint as a matter of course within 21 days of this order. Mr. Rancourt must serve any amended complaint on all named parties.
3. Briefing on Defendant Shaffer's Motion to Dismiss at Docket 19 and Defendants Bolger, Funentes, Miller, Montgomery, and Washington's Motion to Dismiss at Docket 22 is stayed until the extended deadline for

---

[4] *See Motoyama v. Hawaii, Dept. of Transp.*, 864 F. Supp. 2d 965, 976 (2012) (A court may act with leniency towards a self-represented litigant for procedural violations, but the litigant is not excused from the rules that govern court proceedings.).

amendment. The Court shall issue a separate briefing schedule regarding these motions to the parties.

4. The Clerk of Court shall provide form PS02 Non-Prisoner Civil Rights Complaint with a copy of this Order.

DATED at Anchorage, Alaska, this 12th day of November, 2021.

                                          */s/ Joshua M. Kindred*
                                          JOSHUA M. KINDRED
                                          United States District Judge

3:21-cv-00189-JMK, *Rancourt v. Bolger, et al.*
Order Re: Late Filing (Amending Complaint)
Page 3 of 3
Case 3:21-cv-00189-JMK   Document 25   Filed 11/12/21   Page 3 of 3