Loren Rancourt
Name
5432 E Northern Lights #405
Mailing address
Anchorage AK 99508
City, State, Zip
907-268-7670
Telephone



RECEIVED

DEC 01 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

Loren Rancourt
(Enter full name of plaintiff in this action)

                    Plaintiff,

vs.

Michael Schaffer

Hon. Gregory Miller

Hon. Pamela Washington

Hon. Joel Bolger
(Enter full names of defendant(s) in this action.
Do NOT use et al.)

Ryan Montgomery Defendant(s).
Heather Fuentez, Municipality of Anchorage

Case No. 3:21-CV-00189-JMK
(To be supplied by Court)

Second AMENDED
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

18 USC § 242, 42 USC § 1040(a)(2), 42 USC § 1985, 42 USC § 1981
42 USC § 1986, 18 USC § 1962

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Loren Rancourt
(print your name)

who presently resides at 5432 E. Northern Lights #405, Anchorage AK,
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *Michael Shaffer* _____ is a citizen of
*Alaska* _____, and is employed as a *Municipal Prosecutor* _____
(state)                                          (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, *Gregory Miller  (honorable)* _____ is a citizen of
*Alaska* _____, and is employed as a *Superior Court Justice* _____
(state)                                          (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, *Joel Bolger (honorable)* _____ is a citizen of
*Alaska* _____, and is employed as a *Supreme Court Justice* _____
(state)                                          (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


C.  **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary.  Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims. "Claim 4," "Claim 5, etc.").

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Ryan Montgomery_ is a citizen of
(name)
_Alaska_, and is employed as a _Chief Deputy Clerk, Court of appeals_
(state) (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Pamela Washington (honorable)_ is a citizen of
(name)
_Alask_, and is employed as a _Superior Court Justice_
(state) (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Heather Fuentez_ is a citizen of
(name)
_Alaska_, and is employed as a _Chief Deputy Clerk_
(state) (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Defendant No. 2, _Municipality of Anchorage_ is a citizen of
_Alaska_, and is employed as a _city governance_
(state)                                    (name)
(defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_✓_The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____, and is employed as a_____
(state)                                    (name)
(defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **November 30, 2018** _____, my civil right to
~~Freedom to associate~~ Right to life, liberty & security of persons
(Date)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by **Michael Schaffer**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

1. Defendant Schaffer accused me of ensuring a 3 year old childs safety after a 7.1 earthquake, in alleged violation of a civil protective order (AMC 8.30.105(A)(1)).

2. Defendant Shaffer's agency (MOA) admitted the disaster was "of such severity and magnitude that effective response is beyond the capabilities of the state and the affected local governments", in a plea to the President of the United States, for federal assistance under 42 USC 5170(a).

3. Defendant Shaffer concealed this admittal, plainly showing children were in imminent danger.

4. Defendant Schaffer "schemed" to prevent a parent, with a legal duty, to protect a child, from ensuring a childs physical and emotional safety, when the government was unable to. (18 USC §1040(a)(2)).

5. Defendant Schaffer's agency collected money for the disaster under 42 USC 5170. Defendant Schaffer also seeks fines under AMC 8.30.105 (A)(1).

6. Defendant Schaffer "covered up the fact" that Plaintiff has an obligation to protect a child reasonably believed to be in imminent danger (under A.S 11.81.900(42) and A.S. 47.17.290(10)(12)(8), A.S. 25.20.030) while on a civil order for supervised visits during a custody proceeding (Declared in 5-1777, Rancourt v. Vale, "parental rights have not been terminated").

7. Defendant schaffer's agency schemes to conceal a parent's right to protect children, in not providing an emergency exception to a MC 8.30.105 (A)(1), while parents are obligated to violate an order for supervised visitation, in times of imminent danger [under threat of jail & fines (a.s 11.81.900(42), a.s. 47.17.290(10)(12)(8), a.s 25.20.030)], a.mc 8.10.040(B)(3)

8 Plaintiffs right to associate freely with a child, during a time of imminent danger (declared by the state) was violated).

9. Plaintiff suffers from job loss, parental alienation, emotional suffering, defamation, costs to defend, missed job opportunities, lost education opportunities, lost housing options, accrued child support debt, & additional charges connected to the case.

Claim 2: On or about ___December 3, 2019___, my civil right to
                              (Date)

___Due Process___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___Defendant Michael Schaffer___
                    (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

1. Plaintiff sought remedy in the court of appeals, at public
expense (out of necessity). Plaintiff was declared indigent, in
criminal hearings, and not required to submit a financial
search for a fee waiver (in the Court of appeals).

2. Defendant Montgomery none the less forced a search
of plaintiffs finances, in violation of appellate Rule
209(B), and forced Plaintiff to send protected papers
to Defendant Shaffer.

3. Defendant Shohaffer conspired with Montgomery, to
prevent Plaintiff from access to court. Defendant
Schaffer filed Muni perjury charges (AMC 8.30.080(A)(6))
based on documents known to be "fruit of a poisonous
tree", to prevent further appellate filings.

4. Defendant Schaffer based the charges on information
he knew to be false.

5. Subsequently, plaintiff made disclosures, without an attorney,
facing criminal punishment. Plaintiff was declared
incompetent from those disclosures, and ordered to
retain counsel. Which prevented plaintiff from access to
State District Court & Appellate Court (missed appeal deadline).
Plaintiffs trustworthy reputation has been harmed, effecting
jobs, careers, & housing ~~Before~~ Plaintiff was arrested & $300 seized.

Claim 3: On or about __12/3/2019_____, my civil right to
__Life_____
<span style="font-size:small">(Date)</span>

<span style="font-size:small">(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)</span>

was violated by __Defendant Michael Shaffer_____
<span style="font-size:small">(Name of the specific Defendant who violated this right)</span>

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. On or about 8/19/19, Defendant Shaffer's agency issued an air quality health advisory based on EPA standards. There was a concurrent State of Emergency declaration, from the President of the United States, for wide-spread forest fires. The State court issued a stay home advisory.

2. Defendant Shaffer filed failure to appear charges, based on Plaintiff heading a stay home advisory on a day Pretrial hearings were held.

3. Plaintiffs right to protect his life, from harmful air contaminants (a.MC. 15.30.020) was violated.

4. Defendant Schaffer has schemed to collect fines under AMC 8.30.090(a), Witholding a right of citizens to protect thier lungs, & life, under a statute containing no emergency exception, or equal protection to air quality alerts.

Case 3:21-cv-00189-SLG   Document 26   Filed 12/01/21   Page 8 of 43

Claim 4

~~Claim 3.~~ On or about ___1/22/2019_____, my civil right to

(Date)

___Criminal Process (USCA VI)_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___Defendant Miller_____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Gregory Miller found "a history of domestic violence" without: notice of the crimes alleged, appointed counsel, ability to call witnesses, a jury or time to read discovery (a.s. 25.24.150(G)(H) or any actual convictions (no "preponderance" standard).

2. Defendant Miller ordered criminal punishment based on accusations in civil court, including: $1800 class for batterers, lasting 9 months, as the only way to regain a right to freely associate with a seized child. During those nine months, full child support is to be paid, with weekly detainment.

3. Judge Miller found a crime, based on a pending criminal trial, was committed. Coercing plaintiff to testify without: counsel, notice or witnesses. The testimony would have been used to seek double criminal punishments in a concurrent criminal case.

4. Subsequently, plaintiff did not attend trial. Plaintiffs right to be heard in ~~crimal to~~ the appropriate venue for the punishments has been violated. Plaintiff suffers from emotional harm in prolonged alienation of his association with a child he raised. Plaintiff still cannot afford the cost to return a seized child. The State of Alaska recieves grants for this class & only offer it to prisoners convicted in criminal court.

5. Plaintiff is forced to pay $80/hr. to see a child.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

Claim 5

~~Claim 3~~: On or about ___1/22/2019___, my civil right to
*(Date)*

*Freedom from Cruel and Unusual Punishments*
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___Defendant Gregory Miller___
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Plaintiff raised a child full-time for over two years. The child was removed until the completion of a class.

2. Defendant Miller upheld the removal based on a provable lie; an alleged telephonic threat. Years old allegations of wall damage, throwing away furniture (claimed as D.V.) and harassment (most all before a child was born) was also used.

3. Defendant Miller, under 25.24.150(G)(H) ordered the child be removed for at least 9 months, until $1800 was paid & Batterers intervention completed. During that time, child support is imputed at a rate not attainable. Accruing a debt so severe it will take years of indentured servitude to recover.

4. For Plaintiff to see the Kidnapped child, he would have to pay $80 an hour for supervised visitation, at a two hour minimum (more than a days wage).

5. Subsequently, freedom to associate with a minor child was revoked until a minimum of 9 months (years with covid trial set backs), provided excessive fines could be afforded. Plaintiff is forced to fore-go associating with a child, at $80/hr, to save for the fine. Plaintiff's privacy is invaded with sight and sound monitoring.

Case 3:21-cv-00189-SLG    Document 26    Filed 12/01/21    Page 10 of 43

6. Plaintiff was prevented from protecting a child from child abuse or neglect, with a reasonable suspicion one or both of the crimes had occurred, or are occurring at the home a child was placed at.

7. Plaintiff has been prevented or deterred from protecting a child in imminent danger during times of disaster and neglect.

8. Plaintiff has been deterred from hiring a lawyer, with no money to afford one. Noting supervised visitation is most often imposed preceding custody hearings. Preventing litigants in poverty from accessing court in a meaningful manner.

9. The time requirements for supervised visitation and weekly "batterers" classes prevents legal research + pro se defense in custody hearings. Hearings which impose substantial debt, loss of parental rights, indentured servitude, loss of licenses needed for interstate commerce, imprisonment for failure to pay support, loss of licenses needed to pursue happiness in trade / profession.

10. Plaintiff suffers emotionally from witnessing traumatic effects of parental alienation in a minor child (infant to toddler).

Claim 6

~~Claim 3~~: On or about _4/5/2018_ , my civil right to

_Due Process_

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment. etc. List only one violation.)

was violated by _Defendant Gregory Miller_

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Miller denied equal rights to paternity establishment (25.20.050(e)).

2. Defendant Miller was made aware of his duty to establish parentage by official means, or in the least a hearing with declaration by court order, None the less, Defendant Miller ordered child support with contested paternity, and proceeded to a custody case. Acting intentionally.

3. Subsequently, Plaintiffs right to make an informed decision on hiring counsel, and spending thousands in trial, was violated.

4. Defendant Miller was aware the state has a procedure for paternity under 42 USC 654(4)(a), and collects incentives conditioned on paternity establishment (42 USC 658a 4(a)).

5. Defendant Miller made a paternity declaration without any notice to Plaintiff. Using an unsanctioned bottom shelf, store bought Kit. Which states on the box it is not for court use, sat out for weeks opened, had potential to be tampered with, and was presented as hearsay in a trial with Plaintiff absent.

Claim 7

~~Claim 3:~~ On or about ___July 24, 2020___, my civil right to

___Due Process___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
                    (Date)

was violated by ___Defendant Joel Boelger___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Joel Boelger voided an entire record of preserved legal arguments with no authority to do so.

2. Subsequently plaintiff was not heard in a DVPO hearing satisfying all elements of fraudulent concealment. Where: evidence was suppressed until after a reconsideration motion.

3. Defendant Boelger has conspired to aid fraudulent concealment.

4. Plaintiff was not heard in trials refusing to establish jurisdiction (before hearings). Plaintiff was ordered to pay legal fees of approximately $3500 to an attorney who committed fraudulent concealment. Plaintiff suffers from alienation from a siezed minor. Has accrued a debt so severe it will take years to crawl out from (over $35,000). As facing jail from the debt, as well a from allegedly violating a void D.V.P.O. (lacking juris for criminal punishment and denial of due process).

5. Plaintiff suffers from spending time off work to make legal arguments. Walking to the legal library daily, in winter with a load, to be heard. Foregoing a class needed to regain a seized child. Living in

poverty, often in a truck, to be heard.
Losing parental rights in care, custody
and control of a minor because he was
not heard in any state hearing, motion
or appeal.

6. Defendant Boelger conspired with Defendant
Miller to force litigants in criminal hear-
ings to testify in civil hearings:
· on the allegations in criminal court.
· without an attorney
· seeking punishment (twice) on the same
allegation.

Whereby when litigants dont show to trial.
for the above mentioned mockery to justice,
an entire record of preserved legal arguments
is voided (containing years of work and thousands
of pages).

Claim 8

~~Claim 3:~~ On or about ~~4/5/2018 3:30~~ 1/22/2019 , my civil right to

Due Process
(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Defendant Gregory Miller

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Gregory Miller held a custody hearing, with allegations of crimes, and no notice of what claims are actually against Plaintiff.

2. Defendant Miller intentionally did not have an evidentiary hearing, or answer what crimes need to be disproved.

3. Having no notice of allegations against him, from years' ago, Plaintiff was forced to guess. He was given hundreds of pages of discovery just three days before trial. Had no opportunity to call witnesses in his favor, let alone read all of discovery. There was equally no time to play prosecutor and become familiar with alaska criminal laws to find where a crime was possibly alleged.

4. One of the hidden/concealed allegations was from the same affirmative defense criminal trial still pending. Whereby Plaintiff was not provided opportunity to present the same argument alleged by the state, for affirmative defense, in Disaster Declaration petitions signed by the President under 42 USC 5170(a).

Case 3:21-cv-00189-SLG    Document 26    Filed 12/01/21    Page 15 of 43

5. Defendant Miller, through state custom, "schemed" to prevent affirmative defenses to collect state profit during natural disasters. (18 USC 1040 (a)(2)). Whereby ~~the~~ Defendant Miller denies equal rights to declared disasters "of such severity and magnitude that effective response is beyond the capabilities of the State and local governments" (42 USC 5170 (a)).

6. Plaintiff suffers from not being heard for criminal allegations, in superior & Supreme state courts. Plaintiff suffers monetary loss from: back ordered child support, future child support, legal fees, alleged damage restitution, lost wages for motion work, costs of supervised visitation, cost of "Batterers intervention classes" and other expenses in excess of $200,000.

7. Plaintiff suffers from emotional harm due to parental alienation.

Claim 9

~~Claim 3~~: On or about ___1/22/2019___, my civil right to
(Date)

Due Process
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Defendant Gregory Miller__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Gregory Miller siezed a child without a probable cause hearing, notice of a hearing siezing a child, or equal rights to a.s. 47.10.142 and rights therin contained.

2. As a direct and proximate result, Plaintiff suffers from parental alienation, costs he cannot afford (over $35,000), defamation, invasion of privacy, costs to defend, and substantial emotional trauma.

Case 3:21-cv-00189-SLG   Document 26   Filed 12/01/21   Page 17 of 43

Claim 10

~~Claim 3:~~ On or about ___8/27/2018___, my civil right to
(Date)

__Life, Liberty & security of persons__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by __Defendant Washington__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Washington ordered a minor child to the sole care of Sharnel Vale. Plaintiff was prevented from ensuring physical & emotional well being of minor child.

2. Plaintiff, under counsel of a physician & 20 year foster parent veteran, had legitimate concerns of child neglect or abuse occurring in Sharnel Vale's home.

3. Defendant Washington had a duty to investigate concerns, presented with plain admittals (evidence), under a.s 11.81.900(42), as 47.17.290(10)(12)(8) & a.s. 25.20.030.

4. Plaintiffs only means to assess minor child's safety was through Defendant Washington.

5. Defendant Washington conspired with Defendant Fuentez & Miller to prevent Plaintiff presenting legitimate safety concerns of minor child to the court.

6. Plaintiff Washington plainly stated she will not look at evidence of child abuse or neglect. Which was brought to a hearing on 8/27/18.

7. Defendant Washington passed the duty on to Defendant Miller, without setting a hearing therewith for immediate investigation of imminent danger.

Case 3:21-cv-00189-SLG    Document 26    Filed 12/01/21    Page 18 of 43

8. Subsequently, Plaintiff suffers emotional distress from minor child placed in imminent danger. Plaintiff spent months trying to be heard on the issue (nearly a year). Minor child was concealed from plaintiff for months at a time, with uninterrupted complete no contact with Plaintiff, suffering untold amount of injury.

Claim 11
~~Claim 3~~: On or about ___8/19/2019 & 10/17/19___, my civil right to
(Date)
___Due Process___

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Defendant Ryan Montgomery___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Montgomery returned appellate petitions with no authority to do so.

2. Defendant Montgomery demanded financial disclosures to Plaintiff in order to gain access to the Court of appeals.

3. Plaintiff was not required to file a financial fee waiver (appellate Rule 209(B)). Plaintiff was a criminal court defendant a duly declared indigent by Honorable Judge Franciosi of the District Court for Alaska.

4. By witholding a right to access court, Plaintiff was coerced into filing a fee waiver, in the Court of appeals, and serving the intrusive search to an adversarial party (Defendant Schaffer).

5. Subsequently, municipal perjury charges were filed on 12/3/19 (months later), from coerced affidavits/disclosures.

6. Plaintiff lost his right to be heard in Appellate & District Court for Alaska. He was declared incompetent & appointed incompetent counsel, based on the perjury charges. Plaintiff faces fines, jail, defamation, lost wages in trial, & emotional distress.

Claim 12

~~Claim 3~~: On or about ___8/27/18_____, my civil right to
___Due Process___ (Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___Defendant Washington___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Washington removed a minor child from
plaintiff's care in a hearing without discovery
(fraudulent concealment). On 8/27/18, Defendant
Washington heard testimony from the attorney
concealing evidence, stating she "did not know"
she would still have to give evidence for
Plaintiff to be heard on reconsideration
motions (after trial).

2. Defendant Washington stated a transcript,
meticulously transcribed by Plaintiff & objections
therewith, is a sufficient amount of discovery
for a trial removing a child & imposing over
$10,000 in fines/fees.

3. Defendant Washington awarded the concealing
attorney $3000 in attorneys fees (approx.). &
denied a reconsideration motion (filed without
discovery).

4. Subsequently, Plaintiff was not heard at trial
& spent considerable time trying to be heard in
appeal (where the record was declared void). Plaintiff
was not allowed opportunity to respond to concealed
evidence & suffers loss of familial relationships
lost wages to defend, legal fees, class fees, cost of

supervised visitation, "restitution" awards
in a civil hearing, defamation for publication
of a crime involving moral terpitude,
+ emotional distress.

Claim 13

~~Claim 3~~: On or about  5/9/18 - 8/27/18                           , my civil right to

____Due Process____

(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by  Defendant Fuentez

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Fuentez witheld Plaintiff petitions to Defendant Washington. Having no valid cause to do so, Fuentez witheld motions seeking a guardian ad litem, evidence from a DVPO hearing (discovery), & reconsideration of the DVPO.

2. Defendant Fuentez, through her agents, witheld petitions until Plaintiff was served a DVPO order, having no cause to deny an entry of appearance based on that logic.

3. Subsequently, when Plaintiff accepted service of a DVPO order, a ten day time limit was enacted for a 60b motion to set aside. Whereby Plaintiff could not obtain evidence for a 60b (reconsideration.

4. Plaintiff was forced to petition the Alaska Bar association to retrieve evidence, which still did not happen before a 60b was filed (months waiting). Plaintiff was then forced to file a Federal Complaint, as the only option to get evidence. Which was dismissed without opportunity to state a claim.

5. Plaintiff was required to petition the court for a supervisor (to see minor child) and his

petitions were sent back.

6. Fuentez then sent back ~~5~~ petitions, submitted under a case number listed on courtview, as being under "the wrong case number", with no authority to do so.

7. An official, unaltered Supreme Court Notice of appeal was sent back for being under the duly assigned, and published, case number,

8. Plaintiff was forced to file an appeal to be heard with discovery. Which he still has never been heard with opportunity to respond to years old text messages (Painting a false set of allegations).

9. Plaintiff was completely cut off from minor child while defendant fuentez withheld proper petitions to a qualified Justice. Plaintiff suffers from emotional distress, loss in familial relations, deterred access to court, time off work, fines & fees from a case he has never been heard in, & continuing separation from child.

**Claim 15**
~~Claim 3.~~ On or about __1/22/2019__ , my civil right to
__Freedom of Speech__ (Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Defendant Miller__

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Miller found protected speech to be "Domestic Violence" having no authority to find D.V.:
- without 6th amendment protections
- using a low evidenciary standard. (a.s. 25.24.150(6)(H))

2. Defendant Miller used: Dream descriptions, a statement of leaving (to prevent harm), text messages condemning infidelity & alienation of minor child, texts of future haircuts, & going as far as declaring a 1 word response to admittal of cheating as "Domestic Violence".

3. Subsequently, Plaintiff suffers from loss of familial relationship, crushing debt exceeding $35,000, defamation, emotional suffering & ongoing burdens to regain any parental right.

Claim 16.
~~Claim 3.~~ On or about ___1/22/2019___, my civil right to
(Date)
___Freedom from Unreasonable Siezures___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ___Defendant Gregory Miller___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Miller unreasonably siezed a child until the "Domestic Violence" intervention is paid and completed (9 month minimum).

2. Defendant Miller ordered a class, requiring an unreasonable siezure of $1800 for the return of a child.

3. Full child support amounts are unreasonably siezed during the class ($611/month).

4. As a direct and proximate result, Plaintiff cannot afford the cost to return a child to his care, custody, & control. Plaintiff suffers from accrued child support debt, loss in familial relations, emotional suffering, damaged credit, loss in interstate commerce & licenses therewith, & potential prison for unlawful debt.

5. Defendant Miller ordered an unreasonable fine for Plaintiff to see Minor Child, pending class completion, at $80 per hour.

Case 3:21-cv-00189-SLG   Document 26   Filed 12/01/21   Page 26 of 43

Claim 17

~~Claim 3~~ On or about _1/22/19_ _____, my civil right to

_Freedom from Invasion of Privacy_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by _Defendant Gregory Miller_
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Gregory Miller ordered every interaction between Plaintiff & minor child be monitored, in person, by a third party supervisor.
2. Defendant Miller did not have a compelling State Interest in invading Plaintiff's home & privacy.
3. There are least restrictive alternatives, to protect the only party claiming harm, which were not utilized.
4. As a direct and proximate result, Plaintiff's character has been defamed. He is seen as untrustworthy by the community & minor child. His right to privacy in home & with minor child has been violated.

Claim 18
~~Claim 3~~: On or about ___8/19/2019 - 10/17/19___, my civil right to
                                        (Date)
___Security in papers / unreasonable search___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___Ryan Montgomery___
                  (Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3):

1. Defendant Ryan Montgomery, ordered a search of
Plaintiffs finances, before he could be heard in
The Court of appeals, for the state of Alaska.
2. The search was expressely forbidden in appellate
Rule 209(B). Nonetheless Montgomery witheld a
right to access a court until a search was
conducted (for a financial fee waiver).
3. Subsequently, under threat of suppressed
appellate testimony, Plaintiff submitted a search
to his best belief at the time, without an attorney.
Plaintiff was forced to mail the search to an adver-
sary, Defendant Schaffer, to be heard.
4. as a direct & proximate result, Plaintiff suffers
from criminal prosecution for alleged Perjury.
Defendant Schaffer seeks fines & imprisonment.
Plaintiff suffers from costs to defend &
defamation.

Claim 19

~~Claim 3:~~ On or about _1/22/2019_____, my civil right to
                          (Date)

_Double Jeopardy_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _Defendant Gregory Miller_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Miller was aware Plaintiff was in criminal trials, had been imprisoned, & faced further criminal prosecution.

2. Defendant Miller sought testimony on a pending criminal court allegation, & issued criminal punishments based on his "guilty" conviction, which included fines, mandatory weekly detainment, loss of care, custody & control of a minor, public condemnation with third party supervision, & probationary hearings for the return of parental rights.

3. As a direct & proximate result, Plaintiff faces the same criminal punishments, twice, through ongoing criminal hearings.

Claim 20
~~Claim 3~~: On or about ___11/30/2018___
_Life_ , my civil right to
(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___the Municipality of Anchorage___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. The Municipality of Anchorage, Defendant, proclaimed
a disaster "of such severity and magnitude is beyond the
that effective response is beyond the capabilities of
the State & local governments", in a request for
assistance to the President of the United States
(42 USC 5170(a)), following a 7.1 earthquake.
2. Defendant M.O.A. prevented, or tried to prevent,
Plaintiff from protecting the life of a minor child,
during a time of imminent danger.
3. Plaintiff was imprisoned under A.M.C. 8.30.105(A)(1)
for allegedly violating a civil protective order,
immediately after an earthquake placed minor
child in physical and emotional danger.
4. Whereby the MOA was unable to protect a minor
child. Schools were damaged enough to be condemned.
Falling objects could kill a three year old. Sheared
gas lines caused structure fires. Power and
communications networks went offline. Roads and
bridges were shut down. Minor child, if injured,
faced mass casualty trauma care in a pitch
black destroyed classroom, with inadequately
trained daycare workers. Or faced waiting in
sub freezing temperatures outside, unlikely

to have a jacket due to the environment.

5. Anchorage School district issued an advisory to pick up children.

6. Defendant MOA is aware parents placed on supervised visitation retain parental rights. Which includes a duty to protect minor children in imment danger. Whereby its a crime for failing to protect minor children in conditions of neglect or physical/ emotional injury. (AMC 8.10.040(B)(3), A.S. 11.81.900(47) A.S. 47.17.290, A.S. 25.20.030)

7. Municipal schools reported post traumatic trauma symptoms in young children. A crisis line was set up.

8. Defendant intentionally does not have an emergency exception, wherby parents can excercize parental authority to protect minor children in imminent danger and concurrently prevent a crime of omission/neglect/abuse. (AMC 8.30.105(A)(1)).

9. Defendant concealed the lack of municipal & state resources available.

10. Defendant schemed to collect federal funds for a disaster ~~they or~~ "beyond its capability" of effective response, while conspiring to collect fines & fees from Plaintiff. (18 USC § 1040(a)(2)).

11. As a direct and proximate result: Plaintiffs good name has been tarnished with publication of a crime involving moral terpitude. Plaintiff has been ordered to be on supervised visitation as conditions for release. Plaintiff suffers from parental alienation and loss in familial relationships. Plaintiff has been barred from college, as conditions for relief. Plaintiffs

lost. Plaintiffs right to pursue happiness in trade has been violated. Supervised visits cost $80/hr, or other for professional or family visits. Child support has been ordered to be paid at a rate lost, accruing %6 interest. CSED has attempted to revoke licenses needed for interstate commerce & professions, as well as travel. Plaintiff has been prevented from entering professional training academies, unions, & numerouse job openings. Plaintiff has been denied housing. Plaintiff now is an indentured servant, in sub-standard housing, with child support debt in excess of $35,000. With substantial family debt for supervised visits in excess of $40,000. Plaintiffs privacy has been invaded, with sight and sound monitoring during all associations with minor child. Plaintiffs right to freely associate with offspring (alleged) has been violated.

Claim 21

~~Claim 3:~~ On or about _November 30ᵀᴴ, 2018_
_____, my civil right to
(Date)
_Freedom of association_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by _Municipality of Anchorage_
(Name of the specific defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Plaintiff has parental rights to care, custody & control of minor child; as declared by the Alaska Supreme Court (opinion S-1777)

2. Municipal Policy & custom deters or prevents parents, with parental rights, from protecting children in imminent danger. Whereby a parents right to associate with a child in danger, or without a custodian, is violated by A.M.C. 8.30.109(A)(i).

3. Subsequently, plaintiff was deterred or prevented from associating with a minor child after a disaster "of such severity & magnitude that effective response is beyond the capabilities of local & State Governments" (-42 USC. 5170.(a)). Plaintiff remains deterred from assuming emergency custody of Minor Child in the event the other parent is: incapacitated, injured, or unable to assume custody of a minor child.

4. In the event the other parent is hospitalized with Covid, Minor Child is placed with strangers or foster care, with no way for Plaintiff to potentially even find Minor Child.

5. Plaintiff would go to jail, again, under A.M.C 8.30.105 (a)(i), while municipality of anchorage collects money for an emergency declaration & concurrent fines as

if an emergency does not exist. Violating 42 U.S.C. §1040(a)(2) (for the third time).

6. As a direct and proximate result, Plaintiff has been punished in prison with: denial of sleeping pad, lack of heat, unsanitary conditions, & forced/coerced injections (against biblical belief). Where Plaintiff can be imprisoned for failing to protect a child in imminent danger (A.M.C. 8.10.040(B)(3), A.S. 11.81.900(42), A.S. 47.17.290(10)(12)(3)) as well as imprisoned for protecting a minor child in imminent danger (A.M.C. 8.30.105(A)(1)). Creating an unconscionable condition of criminal punishment for a parent with parental rights under all circumstances. Plaintiff had no way of ensuring a suitable care provider was taking minor child to safe conditions after a 7.1 earthquake, car.

Supervised visitation was extended, violating plaintiffs privacy, as well as conditions preventing access to college. Plaintiff lost his security clearance pursuant to 7 A.A.C. 10.930 and one of the broadest definitions of "domestic violence" in the State. Plaintiffs good name has been tarnished with publication of a crime involving moral terpitude. Plaintiff lost his job, career, & right to pursue happiness in trade through job opportunities & education.

Plaintiff suffers from loss in familial relationships. costs of supervised visitation, costs to defend the allegations, + accrued child support debt at a rate not attainable (7 A.A.C. 10.930).

Claim 22

~~Claim 3~~: On or about __1/22/2019 + 12/14/2018__, my civil right to
___Indentured Servitude___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by __Municipality of Anchorage__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):
Plaintiff realleges & includes, prior paragraphs.

1. Defendant Municipality of Anchorage
conspired with Defendant Miller to impute
child support at a rate not attainable. (18 USC §1962)
Whereby Plaintiff is prosecuted for an
allegation where he had a duty to act, and faced
job loss for any action (or inaction).

2. The duty to act was admitted by the Municipality
of Anchorage, in emergency declaration petitions to
the President of the United States. Whereby the
Municipality sought financial relief, for conditions
of an emergency, and fines from Plaintiff as if an
emergency never existed.

3. Wherby child support is imputed at a rate no longer
attainable, & the state collects interest of 6%
(compounding) creating a debt not reasonably satisfi-
able.

4. Failure to pay will result in loss of licenses
needed for interstate commerce & trade.

5. Defendant Municipality of Anchorage's policy
creates fees for extending supervised visitation.
Which was extended in conditions for release from
prison & A.S. 25.24.150 (G)(H).

6. Subsequently, Plaintiff is forced to work as a servant to pay accruing debt he cannot afford. CSED attempted, or is attempting, to revoke licenses needed for interstate commerce. Plaintiff faces termination of parental rights. Whereby the state of Alaska collects profit in Grants from. Plaintiff suffers from costs for visitation, classes to return a minor child accrued debt, & emotional duress.

Claim 23

~~Claim 3~~ On or about _____12/3/2019_____, my civil right to
(Date)
_____right to protect life_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by _____Municipality of Anchorage_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Municipality of Anchorage does not
have an emergency exception, for failure to
appear (amc 8.30.040a), whereby citizens can
have equal rights to emergency declarations.
2. As a direct & proximate result, Plaintiff was
imprisoned for protecting his life, from harmful
air contaminates, during a natural disaster
involving forest fires.
3. Defendant Municipality of Anchorage issues
stay at home advisories, under EPA air quality
guidelines, which are not available to litigants
who have court that day under (a.m.c. 8.30.090a).
4. Defendants right to protect his life from
harmful injury has been violated, & his right
to have equal protections to air quality alerts.
5. Defendant MOA seeks fines from Plaintiff,
in addition to fees from federal assistance for
an Air Quality commission, + natural disaster
declaration, committing fraud therewith (42 §USC
1040(a)(2). Denying a valid reason + advisory to
stay home from court, while claiming a disaster
exists.

Case 3:21-cv-00189-SLG   Document 26   Filed 12/01/21   Page 37 of 43

Claim 24

~~Claim 3:~~ On or about _____12/3/2019_____, my civil right to
(Date)

**Due Process** _____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by **Municipality of Anchorage**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

1. Defendant Municipality of Anchorage has an
official custom of preventing access to the
court of appeals

2. Whereby Defendant Montgomery violates appellate
Rule 209(B) to force financial affidavits (to
litigants declared to have access to court).

3. Defendant Municipality of Anchorage then claims
"tampering" occurred, in an official proceeding.
Whereby no "tampering" can occur from a
form having null effect, on gaining access to
appeals, for: I. Declared indigent litigants ∧ (see Black's)
       II. In Criminal court   (AMC 8.30.080(A)(6)
       III self represented.

4. As a direct and proximate result, plaintiff has
been deterred access to court, faces two "tampering"
charges, has been declared incompetent because
of those charges, was appointed an attorney
~~who~~ the same day plaintiff appealed those
charges (rejected appeal documents), who then missed
interlocutory appeal. Plaintiffs right to be heard
has been violated, & he faces fines for
appealing charges from natural disaster declarations
in a scheme involving conspiracy. 42 USC §1040(a)(2)

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

5. Plaintiff suffers from defamation, emotional distress, costs due to filings + ongoing trials.

Plaintiff seeks to enjoin Defendant using AMC 8.30.080(a)(6) without an an actual showing of an altered outcome of Official proceedings (a.k.a "Tampering") Whereby AMC 8.30.080(a)(6) is used (currently) to tamper with official proceedings. Which Plaintiff contends should Cease.

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, or otherwise relating to your imprisonment? _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s): Loren Rancourt

Defendant(s): Pamela Washington

Name and location of court: U.S. District Court at Anchorage Alaska

Docket number: 3:18-cv-00180 Name of judge: Ralph Beistline

Approximate date case was filed: Aug. 2, 2018 Date of final decision: Oct. 25, 2018

Disposition: __X__ Dismissed _____ Appealed _____ Still pending

Issues Raised: Initial DVPO civil rights violations, no facts listed

b. Lawsuit 2:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 200,000

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, or otherwise relating to your imprisonment? _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s): Loren Rancourt

Defendant(s): Pamela Washington

Name and location of court: U.S. District Court at Anchorage Alaska

Docket number: 3:18-cv-00180 Name of judge: Ralph Beistline

Approximate date case was filed: Aug. 2, 2018 Date of final decision: Oct. 25, 2018

Disposition: ___X___ Dismissed _____ Appealed _____ Still pending

Issues Raised: Initial DVPO civil rights violations, no facts listed

b. Lawsuit 2:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 200,000

2. Punitive damages in the amount of $ _5 million Dollars_

3. An order requiring defendant(s) to _cease prosecution_ (3AN-18-11635 CR), Void
Void 3AN-18-00830 CI, 5-1777,
3AN-18-06027CI, cease removing children, under 2521.150(6)(H),
4. A declaration that _25.24.150(6)(H)_ violates rights (criminal punishments, Due process,
Indentured servitude, Life, Liberty, Happiness)
5. Other: _Emergency exceptions needed for AMC 8.30.105, 8.30.090 (AMC),_
A.S. 18.66.100, A.S. 11.56.740,
Plaintiff demands a trial by jury. _X_ Yes _____ No (relief sought in paragraph
5, claim 24)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at _Anchorage AK_ on _12/1/21_
(Location) _____ (Date)

_____
(Plaintiff's Original Signature)

_____                    _____
Original Signature of Attorney (if any)                    (Date)

_5432 E Northern Lights_
_#405_
_Anchorage AK 99508_
Attorney's Address and Telephone Number

Case 3:21-cv-00189-SLG   Document 26   Filed 12/01/21   Page 42 of 43

**Certificate of Service**

A copy has been served by hand on 12/1/21 to:

     Pamela D. Weiss
     Assistant Municipal Attorney
     Municipal Attorneys Office
     632 W. 6th Ave #210
     Anchorage AK 99501

     Alexander T. Foote
     Assistant Attorney General
     Department of Law
     1031 W. 4th Ave, Ste. 200
     Anchorage AK 99501

Dated this 1st day of December, 2021,

*Loren Rancourt*
_____
Loren Rancourt
5432 E. Northern Lights #405
Anchorage, AK 99508
urbiculture@outlook.com